AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

*FILED CLERK'S OFFICE*
*2004 JAN 22 P 2: 03*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

DIRECTV, Inc.

V.

Thomas Brancaleone

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 CV 12261 WGY

TO: (Name and address of Defendant)

Thomas Brancaleone
78 Washington Street
Gloucester, MA 01930

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within  **twenty (20)**  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE  NOV 1 4 2003

(By) DEPUTY CLERK

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

December 10, 2003

I hereby certify and return that on 12/5/2003 at 11:25 am I served a true and attested copy of the summons and complaint, civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Thomas Brancalone at 78 Washington Street, Gloucester, MA 01930. Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($16.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $56.50

Deputy Sheriff John Pace

*John Pace*
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                        Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.